# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

145971(17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY TONY HOWZE, a/k/a
ANTHONY TONY SPYDELL,
      Defendant-Appellant.

SC: 145971
COA: 311012
Wayne CC: 11-003252-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's April 1, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

h0617